IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICHARD MICKOLAJCZYK, et al. | * | Case No.: 93-3494 (MD)(1) |
| | * | Case No.: MDL-875 (PAE) |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| ACandS, Inc., et al., | * | |
| | * | |
| Defendants | * | |

* * * * * * * * *

### O R D E R

1. On Motion of Ethel Mickolajczyk for substitution in place of Richard Mickolajczyk, deceased, it appearing to the Court that the said Richard Mickolajczyk died intestate on September 1, 1999; that the claim asserted by him in this action was not thereby extinguished; and that Ethel Mickolajczyk has been duly appointed Personal Representative of the Estate of Richard Mickolajczyk, and is qualified and is acting as such.

2. On Motion of Ethel Mickolajczyk, Plaintiff and surviving spouse of Richard Mickolajczyk, deceased, for the addition of her loss of consortium claim, it appearing to the Court that the said Richard Mickolajczyk died on September 1, 1999; that the Plaintiff, Ethel Mickolajczyk and Plaintiff's decedent were husband and wife at the time of his death.

   **IT IS ORDERED,** that Ethel Mickolajczyk, Personal Representative of the Estate of Richard Mickolajczyk, be substituted as Plaintiff herein in place of Richard Mickolajczyk,



deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Ethel Mickolajczyk, Plaintiff and surviving spouse of Richard Mickolajczyk, be permitted to add her loss of consortium claim to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE

DATE: August 27, 2002      Charles R. Weiner

G:\WPFILES\2002DOCS.MAT\DOCMAT.058

(2)

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

August 29, 2002

Felicia C. Cannon, Clerk
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
Edward A. Garmatz Federal Building
and United States Courthouse
Baltimore, MD 21201-2690

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed are executed order(s) concerning the referenced litigation. Our Clerk's office is not maintaining the court records on the involved 90,000 actions. We are forwarding these orders to your office for summary entry on the individual dockets and distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7017.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Nicole Picariello
MDL Coordinator

Enclosure