IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ETHEL MICKOLAJCZYK, Personal | * | Case No. 93120508 (MD) (1) |
| Representative of the Estate of | * | Case No. 93-3494 |
| RICHARD MICKOLAJCZYK | * | |
| Now Deceased | * | |
| | * | |
| and | * | |
| | * | |
| ETHEL MICKOLAJCZYK, Individually | * | |
| and as Surviving Spouse of | * | |
| RICHARD MICKOLAJCZYK | * | |
| Now Deceased | *MAY 2  2005 | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| ACandS, INC., et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

1. On Motion of Jeannine Burleson, for substitution in place of Ethel Mickolajczyk, Personal Representative of the Estate of Richard Mickolajczyk, now deceased, it appearing to the Court that the said Ethel Mickolajczyk was duly appointed Personal Representative of the Estate of Richard Mickolajczyk on Nivember 4, 1999 by the Register of Wills for Baltimore County, Maryland; that Ethel Mickolajczyk died on December 10, 2004; that the claim asserted by her in this action was not thereby extinguished; and that Jeannine Burleson has been duly appointed Successor Personal Representative of the Estate of Richard Mickolajczyk, and is qualified and is acting as such.

2. On Motion of Norma Belas, for substitution in place of Ethel Mickolajczyk, Surviving

Spouse of Richard Mickolajczyk, now deceased, it appearing to the Court that the said Ethel Mickolajczyk died on December 10, 2004; that the claim asserted by her was not thereby extinguished; and that Norma Belas has been duly appointed Personal Representative of the Estate of Ethel Mickolajczyk, and is qualified and is acting as such.

**IT IS ORDERED,** that Jeannine Burleson, Successor Personal Representative of the Estate of Richard Mickolajczyk, be substituted as Plaintiff herein in the place of Ethel Mickolajczyk, Personal Representative of the Estate of Richard Mickolajczyk, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Norma Belas, Personal Representative of the Estate of Ethel Mickolajczyk, be substituted as Plaintiff herein in the place of Ethel Mickolajczyk, Surviving Spouse of Richard Mickolajczyk, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

_____
**JUDGE**
Charles K. Weiner

_5/16/05_
**Date**