IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ASBESTOS PRODUCTS                    :
          LIABILITY LITIGATION (No. VI)        :
                                               :
_____ :
                                               :
          This Document Related To:            :    CIVIL ACTION NO. MDL 875
                                               :
Law Offices of Peter G. Angelos                :
                                               :
United States District Court,                  :
District of Maryland                           :
                                               :
RICHARD  MICKOLAJCZYK, Case No. 93-3494 :
                                               :
_____ :

## MOTION FOR DISMISSAL

**NOW COMES** the Plaintiff captioned above, by undersigned counsel and the Law Offices of

Peter G. Angelos, P.C., and hereby dismiss Defendants *Dresser Industries Inc., Halliburton Corp. and*

*Harbison Walker Refractories Co.* with prejudice and with consideration, from the above-captioned

case.

Respectfully submitted,


/s/   *Armand J. Volta, Jr.*
Armand J. Volta, Jr.
Bar No. 07982

LAW OFFICES OF PETER G. ANGELOS, P.C.
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, MD  21201-3804
(410) 649-2000

*Attorneys for Plaintiffs*