IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : |
| This Document Related To: | : CIVIL ACTION NO. MDL 875 |
| Law Offices of Peter G. Angelos | : |
| United States District Court, District of Maryland | : |
| RICHARD MICKOLAJCZYK, Case No. 93-3494 | : |

## ORDER

Upon consideration of the Motion for Dismissal, it is this _____ day of _____, 2005, by the United States District Court for the Eastern District of Pennsylvania,

ORDERED that the Motion for Dismissal of Defendants ***Dresser Industries Inc., Halliburton Corp. and Harbison Walker Refractories Co.*** with prejudice and with consideration, from the above-captioned case, is hereby GRANTED.

_____
Judge, United States District Court