IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | : <br> : <br> : |
| This Document Related To: | :  CIVIL ACTION NO. MDL 875 |
| Law Offices of Peter G. Angelos | : |
| United States District Court,<br>District of Maryland | : |
| RICHARD MICKOLAJCZYK, C.A. No. 93-3494 | : |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 9th day of August, 2005, a copy of the Motion for Dismissal of Defendants Dresser Industries, Inc., Halliburton Corp. and Harbison Walker Refractories Co. and proposed Order were sent via first class mail to:

        Morton A. Sacks, Esquire
        303 Viewing Avenue
        Linchicum, MD 21090

        Robert P. Schlenger, Esquire
        Lord and Whip, P.A.
        Charles Center South
        36 S. Charles Street, 10th Floor
        Baltimore, MD 21201

Keith R. Truffer, Esquire
Royston, Mueller, McLean and Reid, LLP
102 W. Pennsylvania Avenue, Ste. 600
Towson, PA 21204

        Respectfully submitted,

        /s/ *Armand J. Volta, Jr.*
        Armand J. Volta, Jr.
        Bar No. 07982

        LAW OFFICES OF PETER G. ANGELOS
        One Charles Center
        100 North Charles Street
        22nd Floor
        Baltimore, Maryland 21201
        (410) 659-0100

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of August, 2005 a copy of the foregoing Notice of Service of Motion for Dismissal was electronically filed and served on all counsel of record.

/s/ *Armand J. Volta, Jr.*
Armand J. Volta, Jr.