NOV 16 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : |
| This Document Related To: | CIVIL ACTION NO. MDL 875 |
| Law Offices of Peter G. Angelos | |
| United States District Court, District of Maryland | |
| RICHARD MICKOLAJCZYK, Case No. 93-3494 | |



RECEIVED AUG 11 2005

## ORDER

Upon consideration of the Motion for Dismissal, it is this 11th day of August, 2005, by the United States District Court for the Eastern District of Pennsylvania,

ORDERED that the Motion for Dismissal of Defendants **Dresser Industries Inc., Halliburton Corp. and Harbison Walker Refractories Co.** with prejudice and with consideration, from the above-captioned case, is hereby GRANTED.

_____
Judge, United States District Court

Charles R. Weiner
8/11/2005